IN THE UNITED STATES DISTRCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| RUBI RODRIGEZ and<br>PETRA LUNA RODRIGUEZ<br><br>V.<br><br>CON-WAY TRUCKLOAD, INC., and<br>JOE EDWARD RAPER | §<br>§<br>§<br>§   CIVIL ACTION NO. 5:15-CV-00258<br>§<br>§<br>§ |

## DEFENDANT, CON-WAY TRUCKLOAD, INC and JOE EDWARD RAPER'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendant, **CON-WAY TRUCKLOAD, INC. and JOE EDWARD RAPER**, hereby removes this action to the United States District Court for the Southern District of Texas from the 341st Judicial District Court of Webb County, Texas, stating as follows:

1.  Plaintiffs, Rubi Rodriguez and Petra Luna Rodriguez, commenced this action in the 341st Judicial District Court of Webb County, Texas, where it was given Cause No. 2015CVT003118 D3. This action is between citizens of different states. Plaintiffs are residents of Texas. Defendant Con-Way Truckload, Inc. is a Missouri Corporation and Joe Edward Raper is a resident of Tennessee. Further, Plaintiffs claim damages for "severe and permanent" personal injury and is seeking damages for the following:

   1. Medical past and future.

   2. Pain and suffering past and future.

   3. Mental anguish past and future.

   4. Physical impairment past and future; and

   5. Loss of earnings capacity past and future.

   6. Loss of personal property

Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2. Defendant, Con-Way, Inc. and Joe Edward Raper received the summons and complaint on September 30, 2015, so this removal is timely under 28 U.S.C. § 1446(b).

3. A copy of all process, pleadings, and orders served upon Defendant is attached as Exhibit A.

4. Defendant has provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the 341st Judicial District Court of Webb County, Texas.

5. Defendant Con-Way, Inc. and Joe Edward Raper consents to the removal.

Dated: October 30, 2015

            Respectfully submitted,

            _____
            LARRY D. WARREN
            State Bar No. 20888450
            **ATTORNEYS FOR DEFENDANTS**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3 day of October 2015, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel:

***Via E-File Notification:***
Christa Samaniego
Chris Pettit
Juan Gabriel Ortiz
Manuel Acuna-Neely
CHRIS PETTIT & ASSOCIATES, PC.
11902 Rustic Lane
San Antonio, Texas 78230
Telephone: (210) 732-8300
Facsimile: (210) 877-2544
christasamaniego@mac.com
**ATTORNEYS FOR PLAINTIFFS**

_____
LARRY D. WARREN