United States District Court
Southern District of Texas
**ENTERED**
January 11, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| RUBI RODRIGUEZ, *et al.*, § | |
| § | |
| Plaintiff § | |
| VS. § | CIVIL ACTION NO. 5:15-CV-258 |
| § | |
| CON-WAY TRUCKLOAD, INC., *et al.*, § | |
| § | |
| Defendant. § | |

## ORDER

On this day the Court considered Plaintiff's Unopposed Motion to Remand (Dkt. No. 10) in the above captioned case. After reviewing the Parties' submissions, the applicable law, and the record in this case, the Court **GRANTS** Plaintiff's Unopposed Motion Remand (Dkt. No. 10) and this case is **REMANDED** to the 341st Judicial District Court of Webb County, Texas. The Clerk of Court is directed to mail a certified copy of this Order to the clerk of the 341st Judicial District Court of Webb County, Texas.

It is so **ORDERED**.

**SIGNED** this 11th day of January, 2016.

_____
Marina Garcia Marmolejo
United States District Judge